consequently there is no general rule of court declaring that a rule for a commission shall in any case operate as a stay of proceedings, and unless it is so ordered by the court, a rule for a commission does not operate as a stay of proceedings, as the commission still issues *upon such terms* as the court shall think proper to direct.  2 R. S. 393, § 11.

---

### FROST and another *vs.* SNOW.

Special order for rule to plead in *ejectment*, may be obtained either at a *general* or *special* term.

A SPECIAL order for a rule to plead where a declaration in May. ejectment has been served in any other manner than upon the defendant *personally*, may be obtained as well at a *general* as a *special* term.

---

### ANON.

Motion to stay *waste* may be made at *general* or *special* term.

A MOTION to *stay waste*, in an action of ejectment may be May. made at *general* or *special* term.

---

### LIVINGSTON *vs.* CONNER.

In ejectment by landlord for non-payment of rent, the affidavit required by statute may be filed without motion in court.

IN an action of ejectment by landlord for non-payment of May. rent, where a default is suffered, the affidavit entitling the plaintiff to judgment, required by statute, 2 R. S. 505, § 30, 31, may be filed in the clerk's office, and no motion in court is necessary.